PROB 12B
(7/93)

Report Date: June 6, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 1 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ricky Michael Leingang          Case Number: 2:02CR02077-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Court Judge

Date of Original Sentence: 11/19/2002             Type of Supervision: Supervised Release

Original Offense: Possession With Intent to Distribute a Controlled Substance (Methamphetamine), 21 U.S.C. § 841(a)(1); Possession of Firearm by Person Under Indictment, 18 U.S.C. § 922(n)             Date Supervision Commenced: 05/17/2007

Original Sentence: Prison - 60 Months; TSR - 36 Months             Date Supervision Expires: 0 5/16/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Mr. Leingang was sentenced by Your Honor on November 19, 2002, at this hearing, according to the criminal minutes, Your Honor ordered drug/alcohol testing and/or treatment. However, his current judgement and sentence does not indicate these conditions. Therefore, the probation office would respectfully recommend Mr. Leingang's conditions of supervised release be modified to include this condition.

Respectfully submitted,

by  _____
Samuel Najera
U.S. Probation Officer
Date: June 6, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 11, 2007
Date